OPINION # O-7530 WAS NEVER ISSUED OR

WAS WITHDRAWN.